United States District Court
Southern District of Texas
**ENTERED**
August 05, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| RAUL MANUEL CABRERA, "Petitioner," | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-00327 |
| | § | |
| WARDEN FOR THE PORT ISABEL DETENTION CENTER, *et al.*, | § | |
| "Respondents." | § | |

**ORDER**

Before the Court is Petitioner's "Unopposed Motion to Dismiss" ("Unopposed MTD") (Dkt. No. 26).

Having reviewed the Unopposed MTD, the Court finds that good cause exists to permit voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Accordingly, Petitioner's Unopposed MTD (Dkt. No. 26) is **GRANTED**. Petitioners' claims against the Respondents are **DISMISSED without prejudice**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this August 5, 2026

Rolando Olvera
United States District Judge